# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 21-CR-1105-TWR |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| INAI RIOS-LOYA, | ) |
| Defendant. | ) The Honorable Todd W. Robinson |

The United States of America's Motion to Dismiss the Information (ECF No. 21), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

DATED: 5/24/2021

*[signature: Todd Robinson]*

Hon. Todd W. Robinson
United States District Court Judge
Southern District of California